UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARK D. WILLIAMS, | : | CASE NO. 1:20-cv-01511 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Mark D. Williams seeks judicial review of the Social Security Commissioner's final decision denying Williams's disability insurance benefits and supplemental security income applications.[1]

Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge for a Report and Recommendation.[2] On June 25, 2021, Magistrate Judge Kathleen B. Burke issued a Report and Recommendation, recommending that this Court reverse the Commissioner's decision and remand for further proceedings.[3] The parties have until July 9, 2021 to object to the Report and Recommendation.[4] However, on June 28, 2021, the Commissioner filed notice that he would not object.[5]

---

[1] Doc. 1.
[2] Local Rule 72.2(b).
[3] Doc. 20.
[4] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b).
[5] Doc. 21.

Case No. 1:20-cv-01511
GWIN, J.

If the parties do not object, the Court may adopt a Report and Recommendation without further review.[6]

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's Report and Recommendation, **REVERSES** the Commissioner's final decision, and **REMANDS** for further proceedings.

IT IS SO ORDERED.

Dated: July 7, 2021             *s/     James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE

---

[6] *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–53 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).